IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY** § | | **PLAINTIFF** |
| § | | |
| v. § | | Civil Action No. 1:11cv156-LG-RHW |
| § | | |
| **DONALD E. HILL** and § | | |
| **PENNY K. HILL** § | | **DEFENDANTS** |

## DEFAULT JUDGMENT

This matter having come on to be heard on Motion for Default Judgment [7] filed by Allstate Insurance Company, the Court, after a full review and consideration of Allstate's Motion, the pleadings on file and the relevant legal authority, finds that in accord with the Order entered herein,

**IT IS ORDERED AND ADJUDGED** that Allstate is entitled to a declaratory judgment that it does not owe Donald or Penny Hill a defense or indemnification in the lawsuit filed by MTS by and through his next friend and natural mother, Rhonda Ferrell, in the County Court of Jackson County, Mississippi, Cause No. CO2009-21, 628.

**SO ORDERED AND ADJUDGED** this the 11th day of July, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE